## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:11-CV-1128-K** |
| | § | |
| **KEITH LUKER,** | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING RECOMMENDATION AND REMANDING CASE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections on July 6, 2011, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Defendant's objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's Motion to Remand is **GRANTED.**

This case is hereby **REMANDED** to County Court of Law No. 1, Tarrant County, TX.

SO ORDERED.

Signed this 29th day of July, 2011.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE